```
               UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                                    PLAINTIFF

    v.        CASE NO. 10-50103

MOISES ZAMBRANO-TRUJILLO                                    DEFENDANT

### REPORT AND RECOMMENDATION

Currently before the undersigned is a **Motion to Dismiss (Doc. 14)** filed by the Government.  The Government seeks to dismiss the indictment filed against the Defendant without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).  The Defendant has no objection to the Motion.  Upon due consideration, the undersigned recommends that the **Motion to Dismiss (Doc. 14)** be **GRANTED** and that the indictment be **DISMISSED WITHOUT PREJUDICE.**

**The parties have fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the District Court.**

IT IS SO ORDERED this 30th day of September, 2010.

/s/ *Erin L. Setser*
    HON. ERIN L. SETSER
    UNITED STATES MAGISTRATE JUDGE