```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
               FAYETTEVILLE DIVISION
```

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

v.                        Civil No. 10-50103

**MOISES ZAMBRANO-TRUJILLO**                                              **DEFENDANT**

<u>ORDER</u>

Now on this 1ST day of September, 2010, comes on for consideration the **Report and Recommendation** of the Magistrate Judge (Doc. 15), in this matter, to which both parties have advised the Court that they have no objections.  Further, both parties advised the Court that they desire to waive the fourteen day time period during which they may file written objections under 28 U.S.C. § 636(b)(1).  The Court, having reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Government's **Motion to Dismiss** (Doc. 14) is hereby **GRANTED** and the indictment is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

<u>/s/Jimm Larry Hendren</u>
**HON. JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**